CHARLEY B. GEE, OSB No. 111014
3924 SE 33rd Pl.
Portland, OR 97202
Tel.: (503) 278-5389
Fax.: (503) 427-1410
cgee@injuryoregon.com
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DANIEL BLACK,<br>　　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Defendant. | Case No.<br><br>COMPLAINT |

## INTRODUCTION

1. This is an action for monetary relief to redress personal injuries and property damage sustained by Plaintiff, arising from the negligence of an employee of the United States Postal Service acting within the course and scope of employment, pursuant to the Federal Tort Claims Act.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(b).

3. Venue is proper in the District of Oregon pursuant to 28 U.S.C. § 1402(b) because the acts and omissions giving rise to this claim occurred in Lincoln County, Oregon.

4. Plaintiff timely presented an administrative claim to the United States Postal Service on October 21, 2024, via Standard Form 95. More than six months have elapsed without final disposition, and Plaintiff has therefore exhausted his administrative remedies under 28 U.S.C. § 2675(a).

## PARTIES

5. Plaintiff DANIEL BLACK is a resident of Lincoln County, Oregon.

6. At all material times, Plaintiff was operating a 2018 Ford F-150 pickup truck.

7. Defendant UNITED STATES OF AMERICA is liable for the negligent acts and omissions of its employee, Mary Lucille Kincaid, a United States Postal Service mail carrier, who was acting within the course and scope of employment at all relevant times.

## GENERAL ALLEGATIONS

8. On May 11, 2024, at approximately 10:59 a.m., Plaintiff was operating his vehicle in Lincoln City, Oregon, on SE Highway 101 near 2614 SE Highway 101.

9. Plaintiff was lawfully stopped in traffic when a United States Postal Service vehicle, operated by a USPS employee, failed to stop and rear-ended Plaintiff's vehicle.

10. The collision occurred when the USPS driver failed to observe stopped traffic ahead and struck Plaintiff's vehicle from behind. The USPS driver was subsequently cited for careless driving.

## DEFENDANT'S NEGLIGENCE

11. The collision and resulting injuries were caused by the negligence of Defendant's employee in one or more of the following particulars:

a) In failing to maintain a proper lookout;

b) In failing to maintain control of the vehicle;

c) In failing to stop or slow to avoid a collision;

d) In following too closely;

e) In failing to operate the vehicle in a safe and reasonable manner;

f) In operating the vehicle carelessly in violation of ORS 811.135; and

g) In failing to exercise due care under the circumstances.

## PLAINTIFF'S INJURIES

12. As a direct and proximate result of Defendant's negligence, Plaintiff sustained injuries including lumbar back pain, cervical strain, right rib pain, and headaches.

13. Plaintiff experienced pain and functional limitations following the collision and required medical evaluation and treatment.

14. Plaintiff was later diagnosed with a concussion without loss of consciousness and experienced intermittent headaches following the incident.

15. Plaintiff has suffered noneconomic damages including pain, discomfort, inconvenience, and loss of enjoyment of life.

## DAMAGES

16. As a result of Defendant's negligence, Plaintiff has incurred economic damages, including medical expenses in the amount of approximately $2,993.21.

17. As a direct and proximate result of Defendant's negligence, Plaintiff incurred economic damages related to damage to the 2018 Ford F-150 he was operating at the time of the collision, including repair and related property-loss expenses in the approximate amount

of $12,000. Plaintiff is the assignee of all property damage claims arising from damage to that vehicle resulting from the collision.

18. Plaintiff has suffered noneconomic damages in an amount to be determined by the Court, but not to exceed $117,006.79.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

(1) For economic damages in an amount to be determined at trial, including medical expenses and property damage;

(2) For noneconomic damages in an amount to be determined at trial;

(3) For costs and disbursements incurred herein; and

(4) For such other relief as the Court deems just and equitable.

DATED: May 11, 2026

CHARLEY GEE P.C.

By: /s/ Charley Gee

Charley Gee, OSB No. 111014
Attorney for Plaintiff